AO245B   Judgment in a Criminal Case for Revocation (Rev. 06/05)
Sheet 1

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  6 / 26 / 08
BY  DM

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DIETRICK ASHTON<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 04-50096-03<br><br>USM Number: 12385-035<br><br>Francis Edward Mouton<br>Defendant's Attorney |

**It is the finding of the Court** that the defendant has violated the conditions of his supervised release as stipulated by the defendant and accepted by the Court and as outlined in the Petition for Warrant or Summons for Offender Under Supervision filed by the Probation Officer on June 4, 2008. The three year term of supervised release ordered on June 30, 2008 is revoked.

The Court further finds that in accordance with the U.S. Sentencing Commission Guidelines Manual, the defendant has committed six Grade C violations of his supervised release. The Guidelines Manual provides for a Grade C violation and a Criminal History Category of III, for an imprisonment range of 5 to 11 months. The statute allows for a term of incarceration of up to 2 years for a class C or D felony.

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

6/26/08
DM
USM - 3 cert.
USP

June 24, 2008
Date of Imposition of Sentence

_[signature]_
Signature of Judicial Officer

S. MAURICE HICKS, JR., United States District Judge
Name & Title of Judicial Officer

6/26/08
Date

AO245B   Judgement in a Criminal Case (Rev. 06/05)
      Sheet 2 — Imprisonment

Judgment - Page 2 of 2

DEFENDANT: DIETRICK ASHTON
CASE NUMBER: 04-50096-03

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 9 months.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[ ]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
      [ ] at ___ [ ] a.m.   [ ] p.m.   on ___.
      [ ] as notified by the United States Marshal.

[✓]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [✓] before 2 p.m. on July 28, 2008.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

      Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                            _____
                                                            UNITED STATES MARSHAL

                                                            By _____
                                                            DEPUTY UNITED STATES MARSHAL